# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER HUBLER                                              PLAINTIFF

v.                          No. 3:18-cv-124-DPM

DIRECTV LLC                                                     DEFENDANT

## ORDER

Motion, № 8, granted. The parties must arbitrate all claims in this case with Judicial Arbitration and Mediation Services under the terms of the customer service agreement. This case is stayed, 9 U.S.C. § 3, and administratively terminated. Any party may move to reopen the case and confirm or challenge any arbitration award. 9 U.S.C. §§ 9 & 10. If no party seeks relief by 1 October 2019, the Court will reopen and dismiss the complaint without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2018